Karl R. Molineux – SBN: 152884
Thomas A. Mathews – SBN: 206732
MERRILL, NOMURA & MOLINEUX LLP
65 Oak Court
Danville, CA 94526
Telephone:   (925) 833-1000
Facsimile:   (925) 833-1001
kmolineux@merrillnomura.com
tmathews@merrillnomura.com

Attorneys for Plaintiff
HAMMOND ENTERPRISES, INC.
and CNC TECHNOLOGIES, LLC

# THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMMOND ENTERPRISES, INC., a California corporation, CNC Technologies, LLC, a Nevada limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>ZPS AMERICA, LLC, an Indiana limited liability company, TAJMAC-ZPS a.s., a joint stock company incorporated and registered in the Czech Republic, OLAF TESSARZYK, an individual, and MICHELE TAJARIOL, an individual,<br><br>Defendants. | Case No. 3:12-cv-03600 EDL<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; AND ORDER THEREON**<br><br>Date Action Filed:   July 10, 2012<br><br>Judge: Honorable Elizabeth D. Laporte |

Pursuant to Civil Local Rule 6-2(b), plaintiffs Hammond Enterprises, Inc. and CNC Technologies, LLC and defendant ZPS America, LLC, by and through their undersigned counsel, hereby stipulate and agree, and respectfully request that the Court issue an Order continuing the Initial Case Management Conference, which is presently set for April 17, 2013, for a period of 30 to 45 days.

The parties stipulate and make this request for the following reasons:

WHEREAS, on March 22, 2013, plaintiffs filed a First Amended Complaint against defendant ZPS America, LLC which added new defendants Olaf Tessarzyk, TAJMAC-ZPS a.s., and Michele Tajariol;

WHEREAS, an Initial Case Management Conference is set to take place in this matter on April 17, 2013;

WHEREAS, defendants TAJMAC-ZPS a.s. and Michele Tajariol are citizens of the Czech Republic and have not yet been served with the summons and First Amended Complaint in this matter, and will not have been served by the date the Case Management Conference is set to take place;

WHEREAS, it is anticipated that service of TAJMAC-ZPS a.s. and Michele Tajariol, who are citizens of a foreign country, will have to be effectuated pursuant to the procedures set forth in the Hague Service Convention, and which may take several weeks or longer to complete;

WHEREAS, new defendant Olaf Tessarzyk recently agreed to waive service on the summons and First Amended Complaint, but will not have answered the First Amended Complaint by the time of the April 17 Case Management Conference;

WHEREAS, three of the four defendants have not yet appeared in the case, and two of those defendants are foreign citizens who have not yet been served, the parties believe it is premature to hold a Case Management Conference, as it will not be possible to establish the full scope of the factual, legal, and procedural issues involved in this matter or the attendant scope and timing of discovery, law and motion practice, or trial, and any deadlines for discovery or any other proceedings will necessarily be subject to the timing of the newly-named defendants' appearances in the case;

WHEREAS, an Initial Case Management Conference in this matter was previously set for October 16, 2012 and was vacated by order of the Court when the parties stipulated to stay the action until the United States District Court for the Sothern District of Indiana issued a ruling on plaintiff's motion to dismiss or transfer venue of a related matter filed by defendant ZPS

America, LLC. On March 4, 2013, Richard Young, Chief Judge of the Unites States District Court for the Southern District of Indiana, Indianapolis Division, granted Hammond's Motion and dismissed the action filed by ZPS America, LLC in the Southern District of Indiana, thereby lifting the stay of this action;

WHEREAS, the parties hereto do not believe the requested continuance will have any impact on the schedule for the case, as deadlines established at the Case Management Conference will likely be subject to change based on the timing of the appearances of the new defendants.

IT IS HEREBY STIPULATED, AGREED, AND REQUESTED by and between plaintiffs and defendant ZPS America, LLC, through their undersigned counsel, that the Initial Case Management Conference presently set for April 17, 2013 be continued for a period of 30-45 days, and that the deadline for the parties to file a joint Case Management Statement and Rule 26(f) Report also be continued so as to correspond to the date of the continued Case Management Conference.

Dated: April 8, 2013          MERRILL, NOMURA & MOLINEUX LLP

                              By:   /s/ Karl D. Molineux
                                    Karl R. Molineux
                                    Attorneys for Plaintiffs HAMMOND
                                    ENTERPRISES, INC. and CNC
                                    TECHNOLOGIES, LLC


Dated: April 8, 2013          KROGER GARDIS & REGAS, LLP

                              By:   /s/ Kevin D. Koons
                                    Kevin D. Koons
                                    Attorneys for Defendant
                                    ZPS AMERICA, LLC

Dated: April 8, 2013                                    DORSEY & WHITNEY LLP

                                                        By: /s/ Patricia A. Welch
                                                            Patricia A. Welch
                                                            Attorneys for Defendant
                                                            ZPS AMERICA, LLC

### ATTESTATION OF ELECTRONIC SIGNATURES

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: April 8, 2013                                    /s/ Karl D. Molineux
                                                        KARL D. MOLINEUX

### ORDER

Based upon the stipulation entered into by and between the parties, and Good Cause appearing therefrom:

IT IS HEREBY ORDERED THAT the Initial Case management Conference set for April 17, 2013 at 10:00 a.m. in Action No.: C-12-03600-EDL is hereby continued to May 28, 2013, at 10:00 a.m. The parties shall file a joint Case Management Statement no later than May 20, 2013

IT IS SO ORDERED

Dated: April 9, 2013

Elizabeth
UNITED
_____
Judge Elizabeth D. Laporte

*IT IS SO ORDERED* — Judge Elizabeth D. Laporte (signed)