Karl R Molineux – State Bar No. 152884
kmolineux@merrillnomura.com
Thomas A. Mathews – State Bar No. 206732
tmathews@merrillnomura.com
MERRILL, NOMURA & MOLINEUX LLP
65 Oak Court
Danville, CA 94526
Telephone: (925) 833-1000
Facsimile: (925) 833-1001

Attorneys for Plaintiff
HAMMOND ENTERPRISES, INC. and
CNC TECHNOLOGIES, LLC

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMMOND ENTERPRISES, INC., a California corporation, CNC Technologies, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ZPS AMERICA, LLC, an Indiana limited liability company, TAJMAC-ZPS a.s., a joint stock company incorporated and registered in the Czech Republic, OLAF TESSARZYK, an individual, and MICHELE TAJARIOL, an individual,<br><br>Defendants. | Case No. **C12-03600 EDL**<br>*Hon. Elizabeth D. LaPorte*<br><br>**AMENDED STIPULATION TO FILE SECOND AMENDED COMPLAINT; ORDER THEREON** |

WHEREAS plaintiff Hammond Enterprises, Inc. filed its original complaint in this matter on July 10, 2012;

WHEREAS plaintiff Hammond Enterprises, Inc. filed a First Amended Complaint on March 22, 2013 adding CNC Technologies, LLC as a plaintiff, adding TAJMAC-ZPS a.s. and

-1-
AMENDED STIPULATION TO FILE SEC. AM. COMPLAINT; ORDER    C12-03600 EDL

Michele Tajariol as defendants, and adding causes of action for negligence, negligent misrepresentation, and fraudulent inducement;

WHEREAS subsequent to service of the First Amended Complaint, counsel for the parties met and conferred with respect to a number of issues related to the First Amended Complaint, including questions raised by defendants about the identity and specific involvement of plaintiff CNC Technologies, LLC in the transactions and dealings that are the subject of this litigation;

WHEREAS as a result of those consultations plaintiffs discovered new information about CNC Technologies, LLC's involvement and thus determined that the First Amended Complaint should be amended to clarify the role of CNC Technologies, LLC in the transactions and dealings that are the subject of this litigation;

WHEREAS defendants ZPS America, LLC and Olaf Tessarzyk have consented to plaintiffs' filing a Second Amended Complaint;

THEREFORE the parties hereby stipulate to the filing of the Second Amended Complaint attached hereto as Exhibit 1.

Dated: August 2, 2013   MERRILL, NOMURA & MOLINEUX LLP

By: /s/ Karl R. Molineux
Karl R. Molineux
Attorneys for Plaintiffs HAMMOND ENTERPRISES, INC. and CNC TECHNOLOGIES, LLC

///

///

///

///

| | |
|---|---|
| Dated: August 2, 2013 | KROGER GARDIS & REGAS, LLP |
| | By: /s/ Kevin D. Koons |
| | Kevin D. Koons |
| | Attorneys for Defendants |
| | ZPS AMERICA, LLC and OLAF TESSARZYK |

### ATTESTATION OF ELECTRONIC SIGNATURES

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: August 2, 2013        /s/ Karl R. Molineux
                             KARL R. MOLINEUX

### ORDER

Based upon the stipulation entered into by and between the parties, and Good Cause appearing therefrom:

IT IS HEREBY ORDERED THAT the Second Amended Complaint attached as Exhibit 1 hereto may be filed by plaintiffs.

IT IS SO ORDERED

Dated: Aug 7, 2013        _____
                          Elizabeth D. Laporte
                          UNITED STATES MAGISTRATE JUDGE