1  Karl R Molineux – State Bar No. 152884
       kmolineux@merrillnomura.com
2  Thomas A. Mathews – State Bar No. 206732
       tmathews@merrillnomura.com
3  MERRILL, NOMURA & MOLINEUX LLP
4  65 Oak Court
   Danville, CA 94526
5  Telephone:  (925) 833-1000
   Facsimile:  (925) 833-1001
6
7  Attorneys for Plaintiff
   HAMMOND ENTERPRISES, INC. and
8  CNC TECHNOLOGIES, LLC

9             THE UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| HAMMOND ENTERPRISES, INC., a California corporation, CNC Technologies, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> ZPS AMERICA, LLC, an Indiana limited liability company, TAJMAC-ZPS a.s., a joint stock company incorporated and registered in the Czech Republic, OLAF TESSARZYK, an individual, and MICHELE TAJARIOL, an individual, <br><br> Defendants. | Case No. **C12-03600 EDL** <br> *Hon. Elizabeth D. LaPorte* <br><br> **AMENDED STIPULATION TO FILE SECOND AMENDED COMPLAINT; ORDER THEREON** |
|---|---|

   WHEREAS plaintiff Hammond Enterprises, Inc. filed its original complaint in this matter on July 10, 2012;

   WHEREAS plaintiff Hammond Enterprises, Inc. filed a First Amended Complaint on March 22, 2013 adding CNC Technologies, LLC as a plaintiff, adding TAJMAC-ZPS a.s. and

1  Michele Tajariol as defendants, and adding causes of action for negligence, negligent
2  misrepresentation, and fraudulent inducement;
3     WHEREAS subsequent to service of the First Amended Complaint, counsel for the
4  parties met and conferred with respect to a number of issues related to the First Amended
5  Complaint, including questions raised by defendants about the identity and specific involvement
6  of plaintiff CNC Technologies, LLC in the transactions and dealings that are the subject of this
7  litigation;
8     WHEREAS as a result of those consultations plaintiffs discovered new information about
9  CNC Technologies, LLC's involvement and thus determined that the First Amended Complaint
10 should be amended to clarify the role of CNC Technologies, LLC in the transactions and
11 dealings that are the subject of this litigation;
12    WHEREAS defendants ZPS America, LLC and Olaf Tessarzyk have consented to
13 plaintiffs' filing a Second Amended Complaint;
14    THEREFORE the parties hereby stipulate to the filing of the Second Amended
15 Complaint attached hereto as Exhibit 1.

Dated: August 2, 2013                    MERRILL, NOMURA & MOLINEUX LLP

                                    By:  /s/ Karl R. Molineux
                                         Karl R. Molineux
                                         Attorneys for Plaintiffs HAMMOND
                                         ENTERPRISES, INC. and CNC
                                         TECHNOLOGIES, LLC

///

///

///

///

-2-
AMENDED STIPULATION TO FILE SEC. AM. COMPLAINT; ORDER         C12-03600 EDL

Dated: August 2, 2013                    KROGER GARDIS & REGAS, LLP

                                         By:  /s/ Kevin D. Koons
                                              Kevin D. Koons
                                              Attorneys for Defendants
                                              ZPS AMERICA, LLC and OLAF
                                              TESSARZYK

## ATTESTATION OF ELECTRONIC SIGNATURES

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: August 2, 2013                    /s/ Karl R. Molineux
                                         KARL R. MOLINEUX

## ORDER

Based upon the stipulation entered into by and between the parties, and Good Cause appearing therefrom:

IT IS HEREBY ORDERED THAT the Second Amended Complaint attached as Exhibit 1 hereto may be filed by plaintiffs.

IT IS SO ORDERED

Dated: Aug 7, 2013                       _____
                                         Elizabeth D. Laporte
                                         UNITED STATES MAGISTRATE JUDGE

AMENDED STIPULATION TO FILE SEC. AM. COMPLAINT; ORDER          C12-03600 EDL