1  Karl R. Molineux – SBN: 152884
2  Thomas A. Mathews – SBN: 206732
   MERRILL, NOMURA & MOLINEUX LLP
3  65 Oak Court
   Danville, CA  94526
4  Telephone:   (925) 833-1000
   Facsimile:    (925) 833-1001
5  kmolineux@merrillnomura.com
   tmathews@merrillnomura.com
6
7  Attorneys for Plaintiff
   HAMMOND ENTERPRISES, INC.
8  and CNC TECHNOLOGIES, LLC

9              THE UNITED STATES DISTRICT COURT FOR THE
10                    NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| HAMMOND ENTERPRISES, INC., a California corporation, CNC Technologies, LLC, a Nevada limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>ZPS AMERICA, LLC, an Indiana limited liability company, TAJMAC-ZPS a.s., a joint stock company incorporated and registered in the Czech Republic, OLAF TESSARZYK, an individual, and MICHELE TAJARIOL, an individual,<br><br>Defendants. | Case No. 3:12-cv-03600 EDL<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; AND ORDER THEREON** AS MODIFIED<br><br>Date:  March 25, 2014<br>Time:  10:00 a.m.<br>Place:  Phillip Burton Federal Building & United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Date Action Filed:  July 10, 2012<br><br>Judge:  Honorable Elizabeth D. Laporte |

WHEREAS, a Further Case Management Conference was held in this matter on March 4, 2014, at which counsel for all parties informed the court that the parties had engaged in direct settlement discussions without the participation and outside the presence of counsel, and that the parties had thereby reached an agreement to settle the case;

-1-

1  WHEREAS, because the agreement had not been reduced to writing at the time of the
2  March 4 Case Management Conference, the Court set a Further Case Management Conference
3  for March 25, 2014 for the purpose of reviewing the status of the putative settlement;
4  WHEREAS, since the March 4 conference the parties have executed a written settlement
5  agreement compromising and settling all claims and counterclaims in this action;
6  WHEREAS, the settlement agreement contains a provision whereby the parties have
7  expressly agreed that jurisdiction and venue over any and all disputes arising out of or in
8  connection with this Agreement shall be in the United States District Court for the Northern
9  District of California, San Francisco Division;
10  WHEREAS, the parties are presently in the process of preparing a joint Stipulation re:
11  Order of Dismissal with Prejudice requesting that the Court issue an order pursuant to Rule
12  41(a)(2) of the Federal Rules of Civil Procedure dismissing all claims and counterclaims in this
13  action with prejudice and further ordering that the United States District Court for the Northern
14  District of California, San Francisco Division, retain jurisdiction over this matter and over
15  Hammond Enterprises, Inc., CNC Technologies, ZPS America, LLC, and TAJMAC-ZPS a.s. for
16  the purpose of enforcement of the terms of the Settlement Agreement; and
17  WHEREAS, the parties have agreed that the Stipulation re: Order of Dismissal with
18  Prejudice shall be submitted to the Court no later than March 27;
19  IT IS HEREBY STIPULATED, AGREED, AND REQUESTED by and between the
20  parties, through their undersigned counsel, that the Court continue the Further Case Management
21  Conference set for March 25, 2014 for 30 days to provide sufficient time for the stipulation to be
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

-2-

JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST FOR  3:12-CV-03600 EDL
CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON

filed and for the Court to review the stipulation and issue an order thereon.

Dated: March 21, 2014                    MERRILL, NOMURA & MOLINEUX LLP

                                                 By:   */s/ Karl R. Molineux*
                                                      Karl R. Molineux
                                                      Attorneys for Plaintiffs HAMMOND ENTERPRISES, INC. and CNC TECHNOLOGIES, LLC

Dated: March 21, 2014                    KROGER GARDIS & REGAS, LLP

                                                 By:   */s/ Kevin D. Koons*
                                                      Kevin D. Koons
                                                      Attorneys for Defendant ZPS AMERICA, LLC

## ATTESTATION OF ELECTRONIC SIGNATURES

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: March 21, 2014                    */s/ Karl R. Molineux*
                                                     KARL R. MOLINEUX

## ORDER

Based upon the stipulation entered into by and between the parties, and Good Cause appearing therefrom:

IT IS HEREBY ORDERED THAT the Further Case Management Conference set for March 25, 2014 in Action No.: C-12-03600-EDL is hereby continued to May 6, 2014, at 11:00 a.m.

IT IS SO ORDERED

Dated: March 21, 2014                    _____
                                                   Elizabeth D. Laporte
                                                   UNITED STATES MAGISTRATE JUDGE

-3-

JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON    3:12-CV-03600 EDL